| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2007** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Siler, Eugene E | 2. Court or Organization<br><br>Sixth Circuit Court of Appeals | 3. Date of Report<br><br>06/30/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge, Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>310 South Main Street, Ste 333<br>London, KY 40741 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executor | Estate #1 |
| 2. Executor | Estate #2 |
| 3. Executor | Estate #3 |
| 4. Trustee | Trust #1 |
| 5. Trustee | Trust #2 |
| 6. Administrative Board Member | Baptist Regional Medical Center, a part of Baptist Healthcare System, Inc. |
| 7. Director | Baptist Healthcare System, Inc. |
| 8. Director & Vice-Chairman | National Institute for Homeland Security, Inc. |
| 9. Trustee | Baptist Healthcare Foundation, Inc. |
| 10. Director | Williamsburg High School Alumni Endowment Association, Inc. |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

RECEIVED 2008 JUL -2 A 10: 52 FINANCIAL DISCLOSURE OFFICE

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E | 06/30/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | University of Kentcuky - Book forward | $ 500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | William and Mary Law School | February 16-18 | Williamsburg, VA | Moot Court | Lodging, food. |
| 2. | Baptist Healthcare System, Inc. | March 26-27 | Louisville, KY | Board Meeting | Mileage, food. |
| 3. | National Institute for Homeland Security, Inc. | June 12 | Somerset, KY | Board Meeting | Meal. |
| 4. | Baptist Healthcare System, Inc. | June 25-26 | Williamsburg, KY | Board Meeting | Food. |
| 5. | George Mason Law School | July 8-11 | Sedona, AZ | Legal Seminar | Travel, lodging, food. |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Siler, Eugene E | 06/30/2008 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Baptist Healthcare System, Inc | October 7-10 | San Antonio, TX | Board Seminar | Travel, lodging, food. |
| 7. | Baptist Healthcare System, Inc. | December 3-4 | Louisville, KY | Board Meeting | Travel, lodging, food. |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Franklin Ensor | Airplane flight to and from Canada for hunt. Rode with Ensor family & other hunters. | $ 500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Community Trust Bank | Mortgage on rental property, Whitley County, KY. Part VII, line 21. | M |
| 2. | Community Trust Bank | Mortgage on rental property, Whitley County, KY. Part VII, line 22. | L |
| 3. | First State Financial (Formerly Town and Country Bank) | Mortgage on hunting preserve, Whitley County, KY. Part VII, line 20. | K |
| 4. | Community Trust Bank | Mortgage on rental property. Whitley County, KY. Part VII, line 24. | L |
| 5. | Community Trust Bank | Guarantor on ▮▮▮ student loans. | L |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Community Trust Bank (Common Stock) | C | Dividend | L | T | | | | | |
| 2. Community Trust Bank Account | A | Interest | J | T | | | | | |
| 3. IDEARC (Common Stock) | A | Dividend | J | T | | | | | |
| 4. KY Mine Supply (Common Stock) | A | Dividend | J | W | | | | | |
| 5. Verizon (Common Stock) | C | Dividend | L | T | | | | | |
| 6. Wyeth (Common Stock) | B | Dividend | K | T | | | | | |
| 7. Exxon Mobil (Common Stock) | E | Dividend | P1 | T | | | | | |
| 8. Chevron (Common Stock) | B | Dividend | L | T | | | | | |
| 9. Regions Financial (Common Stock) | D | Dividend | M | T | | | | | |
| 10. Am. Funds (Mutual IRA) | A | Dividend | K | T | | | | | |
| 11. 1/3 undivided interest in real estate (40A)(Whitley Co., KY) | | None | J | S | | | | | |
| 12. Community Trust Bank (NOW) Trust #2 | A | Interest | J | T | | | | | |
| 13. Vinland, Leases Trust #2. Whitley Co., KY. (Formerly NAMI) | E | Royalty | M | S | | | | | |
| 14. Community Trust Bank, Trust #2 (Pfd. Stock) | B | Interest | K | T | Redemption | 4/2 | K | A | |
| 15. Community Trust Bank, Estates 1&2 Accounts | A | Interest | J | T | | | | | |
| 16. Community Trust Bank  Trust #1 Account | A | Interest | J | T | | | | | |
| 17. Community Trust Bank, Estate #3 Account | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E | 06/30/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Farmers Bank & Capital, Estate #3 Account, CD | A | Interest | J | T | | | | | |
| 19. Hilliard & Lyons (gov't. securities) Trust #2 | A | Interest | J | T | | | | | |
| 20. Flying Rooster Farm, Inc. (Common Stock) | | None | K | U | | | | | |
| 21. Rental Prop. No. 1, Whitley Co., KY (Purchase 2002 $128,000) | C | Rent | M | R | | | | | |
| 22. Rental Prop. No.2, Whitley Co., KY. (Purchase 2004 $70,000) | A | Rent | L | R | Sell | 4/2 | L | C | University of Cumberlands |
| 23. Procter & Gamble (Common Stock) | A | Dividend | K | T | | | | | |
| 24. Rental Prop. No. 3, Whitley Co., KY. (Purchase 2006 $75,000) | B | Rent | L | R | | | | | |
| 25. US Bancorp (Common Stock) Trust #2. | A | Dividend | K | T | | | | | |
| 26. Hilliard & Lyons Unit Investment Trust, FT 911 Trust #2 | A | Dividend | J | T | Redemption | 11/23 | J | A | |
| 27. Hillard & Lyons Unit Investment Trust - Source Capital Trust | B | Int./Div. | K | T | Buy | 4/23 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Siler, Eugene E | 06/30/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

From VII - Investments

Line 4 - Value of Kentucky Mine Supply stock derived from appraisal in 2008 by corporate president.

Line 11 - Assessed value is at 100%. Total assessed value is $14,110. My part is 1/3, or $4,703.

Line 13 - As royalties were paid, they were deposited into bank. Assessed value for gas leases is at 100% and at $160,307.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544